# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SAMIR ABUELHAJ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:15-cv-0707-MHH-JEO |
| ) | |
| SCOTT HASSELL, et al. ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241. The *pro se* petitioner contends that he is being illegally detained by the respondents and that he should be released from custody pending his removal under the Immigration and Nationality Act. (Doc. 1). *See generally Zadvydas v. Davis*, 533 U.S. 678 (2001). The respondents have filed a motion to dismiss this matter as moot. (Doc. 20). In support of their motion to dismiss, the respondents have filed evidentiary materials showing that the petitioner was released from custody under an order of supervision on May 13, 2016. (Doc. 20-1). Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter should be dismissed as moot. A separate final order will be entered.

DONE and ENTERED this 29th day of June, 2016.

_____
MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE